UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: WALLACE, JENNIFER MARIE § Case No. 10-71341
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/01/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  / /          By:  /s/STEPHEN G. BALSLEY
                                Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 1                  Date Rcvd: Nov 08, 2010
Case: 10-71341                Form ID: pdf006            Total Noticed: 18

The following entities were noticed by first class mail on Nov 10, 2010.
db           +Jennifer Marie Wallace,   909 N Green Street,    McHenry, IL 60050-5718
aty          +John J Lynch,   Law Offices of John J Lynch, P.C.,    801 Warrenville Road, Suite 152,
               Lisle, IL 60532-1396
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
15295863     +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
15295864     +Cap One,   Po Box 85520,   Richmond, VA 23285-5520
15856896      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
               Oklahoma City, OK  73124-8839
15295865     +Centegra Hospital - McHenry,    PO Box 1447,   Woodstock, IL 60098-1447
15295866     +Ford Cred,   Po Box Box 542000,   Omaha, NE 68154-8000
15371887     +Ford Motor Credit Company LLC,    P O Box 6275,   Dearborn, MI 48121-6275
15400501      Ford Motor Credit Company LLC,    c/o Steven L Nelson,    P O Box 3700,
               Rovck Falls, IL 61204-3700
15295867      John Kasilc,   909 N Green Street,   Mount Prospect, IL 60056
15295868     +Moraine Emergency Physicians,    PO Box 8759,   Philadelphia, PA 19101-8759
15847235     +North Shore Bank,    15700 W Bluemound Road,   Brookfield WI 53005-6073
15295869     +North Shore Bank Ssb,    2215 S Oneida St,   Green Bay, WI 54304-4790
15295870     +Perry Peterson,    1496 Amarias Drive,   Round Lake, IL 60073-4279
15295871     +Wells Fargo Bank Nv Na,    Po Box 31557,   Billings, MT 59107-1557
15295872     +Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,   Frederick, MD 21701-4747
The following entities were noticed by electronic transmission on Nov 08, 2010.
16193193      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2010 00:43:53
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 10, 2010**          **Signature:**   _Joseph Speetjens_