# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WALLACE, JENNIFER MARIE § Case No. 10-71341
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $295,500.00  *(without deducting any secured claims)* | Assets Exempt: $4,100.00 |
| Total Distribution to Claimants: $4,672.91 | Claims Discharged Without Payment: $32,551.41 |
| Total Expenses of Administration: $2,528.10 | |

3) Total gross receipts of $ 7,201.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,201.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $360,672.00 | $11,400.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,528.10 | 2,528.10 | 2,528.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,300.00 | 32,963.32 | 32,963.32 | 4,672.91 |
| **TOTAL DISBURSEMENTS** | $394,972.00 | $46,891.42 | $35,491.42 | $7,201.01 |

    4) This case was originally filed under Chapter 7 on March 22, 2010. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2011          By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AWOL Army Surplus Incorporated | 1129-000 | 7,200.00 |
| Interest Income | 1270-000 | 1.01 |
| **TOTAL GROSS RECEIPTS** | | **$7,201.01** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | 12,000.00 | 11,400.00 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 276,605.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank Nv Na | 4110-000 | 72,067.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$360,672.00** | **$11,400.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,470.10 | 1,470.10 | 1,470.10 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,058.00 | 1,058.00 | 1,058.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 2,528.10 | 2,528.10 | 2,528.10 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | North Shore Bank | 7100-000 | 6,500.00 | 9,423.41 | 9,423.41 | 1,335.87 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 4,629.00 | 4,629.40 | 4,629.40 | 656.27 |
| 4 | Fia Card Services, NA/Bank of America | 7100-000 | 18,910.00 | 18,910.51 | 18,910.51 | 2,680.77 |
| NOTFILED | Moraine Emergency Physicians | 7100-000 | 83.00 | N/A | N/A | 0.00 |
| NOTFILED | Perry Peterson | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - McHenry | 7100-000 | 178.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 34,300.00 | 32,963.32 | 32,963.32 | 4,672.91 |

**UST Form 101-7-TDR (10/1/2010)**

Case 10-71341    Doc 45    Filed 03/24/11    Entered 03/24/11 14:51:42    Desc Main
Document    Page 5 of 7

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71341  
**Case Name:** WALLACE, JENNIFER MARIE  

**Period Ending:** 03/08/11

**Trustee:**    (330410)    STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/22/10 (f)  
**§341(a) Meeting Date:** 05/03/10  
**Claims Bar Date:** 09/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 909 N Green Street, McHenry IL 60050, Debtor Sur | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking / Savings Account at Chase | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc Household Goods and Furniture located at - | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Personal Clothing of Debtor | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | AWOL Army Surplus Incorporated | 7,200.00 | 7,200.00 | DA | 7,200.00 | FA |
| 7 | 2006 Ford Explorer | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2002 Saturn Owned joint with John Kasilc | 2,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 1.01 | FA |
| 9 | Assets    Totals (Excluding unknown values) | **$295,500.00** | **$7,200.00** |  | **$7,201.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    October 1, 2010        **Current Projected Date Of Final Report (TFR):**    October 12, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-71341  
**Case Name:** WALLACE, JENNIFER MARIE  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******89-65 - Money Market Account  

**Taxpayer ID #:** **-***0678  
**Period Ending:** 03/08/11  

**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/23/10 | {6} | CHASE | Equity in Stock of AWOL Army Surplus, Inc. | 1129-000 | 7,200.00 | | 7,200.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 7,200.09 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 7,200.52 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.42 | | 7,200.94 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,200.99 |
| 10/11/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 7,201.01 |
| 10/11/10 | | To Account #9200******8966 | Transfer funds from MMA to checking account | 9999-000 | | 7,201.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,201.01 | 7,201.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,201.01 | |
| | | | **Subtotal** | | 7,201.01 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,201.01** | **$0.00** | |

{} Asset reference(s)

Printed: 03/08/2011 01:55 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-71341  
**Case Name:** WALLACE, JENNIFER MARIE  

**Taxpayer ID #:** **-***0678  
**Period Ending:** 03/08/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******89-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/11/10 | | From Account #9200******8965 | Transfer funds from MMA to checking account | 9999-000 | 7,201.01 | | 7,201.01 |
| 12/01/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,058.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,058.00 | 6,143.01 |
| 12/01/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,470.10, Trustee Compensation; Reference: | 2100-000 | | 1,470.10 | 4,672.91 |
| 12/01/10 | 103 | North Shore Bank | Dividend paid 14.17% on $9,423.41; Claim# 2; Filed: $9,423.41; Reference: | 7100-000 | | 1,335.87 | 3,337.04 |
| 12/01/10 | 104 | Capital One Bank (USA), N.A. | Dividend paid 14.17% on $4,629.40; Claim# 3; Filed: $4,629.40; Reference: | 7100-000 | | 656.27 | 2,680.77 |
| 12/01/10 | 105 | Fia Card Services, NA/Bank of America | Dividend paid 14.17% on $18,910.51; Claim# 4; Filed: $18,910.51; Reference: | 7100-000 | | 2,680.77 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,201.01 | 7,201.01 | $0.00 |
| Less: Bank Transfers | | 7,201.01 | 0.00 | |
| Subtotal | | 0.00 | 7,201.01 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$7,201.01** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******89-65** | 7,201.01 | 0.00 | 0.00 |
| **Checking # 9200-******89-66** | 0.00 | 7,201.01 | 0.00 |
| | $7,201.01 | $7,201.01 | $0.00 |

{} Asset reference(s)

Printed: 03/08/2011 01:55 PM    V.12.56